IN THE UNITED STATES
EASTERN DISTRICT COURT
OF VIRGINIA
09/01/2009


YANNE VENIERIS, PLAINTIFF

V.S.

BARACK OBAMA, DEFENDANT

The white House 1600 pennsylvania Ave, N.W. washington DC. 20500

THIS IS A FOLLOW UP SUIT FOR 7.000.000 FOR DATES 08/25/2009-09/01/2009
FOR BEING TOURTURED BY NUMEROUS GOVERNMENT AGENCIES PLEASE
TAKE NOTICE THAT I AM NOT ABUSING THE COURT SYSTEM WHAT IS
GOING ON TO ME IS ILLEGAL.

YANNE VENIERIS
1120 WILLOWGREEN DR.
NEWPORT NES V.A. 23602
757-291-2625

2009 SEP -1 A II: 12
RECEIVED