AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
EASTERN   DISTRICT OF   VIRGINIA
NEWPORT NEWS DIVISION

YANNE VENIERIS,

    Plaintiff,

v.          Case Number: 4:09cv118

BARACK OBAMA,

    Defendant.

### JUDGMENT IN A CIVIL CASE

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is DISMISSED without prejudice to Plaintiff's filing a paid complaint.

September 10, 2009         FERNANDO GALINDO, CLERK
Date

        By: /s/
        Karen V. Griffin, Deputy Clerk